UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PAUL CALDWELL,

      Plaintiff,

                                                       Case No.: 2:25-cv-01557-JKS-JSA

v.

TRANSWORLD SYSTEMS INC.

      Defendant.

_____/

**DEFENDANT TRANSWORLD SYSTEMS INC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Defendant, Transworld Systems Inc., through counsel and pursuant to Rule 7.1, hereby submits its Corporate Disclosure Statement and states:

      1.      Fed. R. Civ. P. 7.1(a)(1) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation."

      2.      Transworld Systems Inc. is a wholly owned subsidiary of Aston Acquisition Corp. No publicly held corporation holds 10% or more of its stock.

Dated: March 6, 2025                                       Respectfully submitted,
                                                               */s/ Aaron R. Easley*
                                                               Aaron R. Easley, Esq.
                                                               Sessions, Israel & Shartle, LLC
                                                               3 Cross Creek Drive
                                                               Flemington, NJ 08822-4938
                                                               Tel: 908-237-1660
                                                                Fax: 877-334-0661
                                                               aeasley@sessions.legal
                                                               *Counsel for Defendant*
                                                               *Transworld Systems Inc.*

2

**CERTIFICATE OF SERVICE**

      I certify that on March 6, 2025, a copy of the foregoing was filed electronically on the clerk of court. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and via Federal Express upon the following:

Paul Caldwell -Pro Se Plaintiff
158 North Maple Ave.
East Orange, NJ 07017

                                            */s/ Aaron R. Easley*
                                              Aaron Easley, Esq.